JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JESUS ZAMORA VASQUEZ, | Case No  EDCV 14-00910-DFM |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated:  November 5, 2014

_____

DOUGLAS F. McCORMICK
United States Magistrate Judge